AO 91 (Rev. 08/09)  Criminal Complaint                                                                                              AUSA Martinez

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Jaime Fernandez Alacron<br>(See affidavit for aliases) | Case No.  2:25-mj-346 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/31/2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326 (a) & (b)(2) | Illegal Re-Entry of an Alien Removed Subsequent to a Conviction for an Aggravated Felony |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Bryan C. Hawkins, Deportation Officer (ICE)
Printed name and title

Sworn to before me and signed in my presence.

_____
Chelsey M. Vascura
United States Magistrate Judge
Judge's signature

Date: 6/5/2025

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title